# First District Court of Appeal
## State of Florida

_____

No. 1D2025-2889

_____

Antonio Mikell,

 Petitioner,

 v.

Ricky D. Dixon, Secretary,
Florida Department of
Corrections,

 Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 20, 2026


Per Curiam.

 Dismissed. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

Lewis, Bilbrey, and Winokur, JJ., concur.

_____

 ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Antonio Mikell, pro se, Petitioner.

No appearance for Respondent.